# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL MASSIAH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:21-cv-00066 |
| TENNESSEE STATE UNIVERSITY, | ) ) ) | Judge Trauger |
| Defendant. | ) | |

## ORDER

On March 16, 2021, the defendant filed a Partial Motion to Dismiss (Doc. No. 8), to which no timely response has been filed. Local Rule 7.01(a)(3) provides, in part: "If a timely response is not filed, the motion shall be deemed to be unopposed,...." The response to this motion was due on Tuesday, March 30, 2021. For these reasons, the court interprets the actions of the plaintiff to mean that he is not opposed to the granting of this Partial Motion to Dismiss.

The defendant's Partial Motion to Dismiss is hereby GRANTED. The plaintiff's claim under the Americans With Disabilities Act and his claim for punitive and liquidated damages in connection with his Title VII claim are all DISMISSED.

So that the Answer may be filed prior to the initial case management conference, it is hereby RESET for Monday, May 3, 2021 at 2:00 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge